## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAUNA RAAB, | ) | CASE NO. 8:07CV232 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF REFERENCE |
| | ) | |
| JP MORGAN CHASE & CO., | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the parties' CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE [8].

IT IS ORDERED that this case be referred to the Honorable F. A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the consent of the parties.

DATED this 25th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge