### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAUNA RAAB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV232 |
| vs. | ) | |
| | ) | ORDER TO SHOW CAUSE |
| JP MORGAN CHASE & CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the magistrate judge by consent of the parties. During the Rule 16 planning conference on November 5, 2007, plaintiff's counsel indicated he would be leaving private practice for a corporate counsel job. After discussion of the case, the planning conference was continued to December 6, 2007. Plaintiff's counsel failed to appear for the December 6 conference and has not responded to the court's messages concerning the scheduling of this case. No substitute counsel has entered an appearance, and plaintiff's counsel has not filed a motion for leave to withdraw.

**IT IS ORDERED** that plaintiff's counsel, W. Paul Bouda, shall show cause by written affidavit why this case should not be immediately dismissed for failure to prosecute and why sanctions should not be imposed against him personally. Said affidavit shall be filed no later than **January 30, 2008**.

**DATED January 14, 2008.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**